## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 6:22-CV-109

Plaintiff:
**Christina Richardson**

vs.

Defendant:
**Healthcare Revenue Recovery Group d/b/a ARS Account Resolution Service, LLC**

For:
Halvorsen Klote
680 Craig Road
Suite 104
St. Louis, MO 63141

Received by Mike Techow on the 4th day of April, 2022 at 11:48 am to be served on **Healthcare Revenue Recovery Group d/b/a ARS Account Resolution Service, LLC by serving its Registered Agent, Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Mike Techow, being duly sworn, depose and say that on the **5th day of April, 2022 at 3:00 pm, I:**

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT**, by delivering a true copy of the **Summons in a Civil Action with Complaint and Jury Demand with Exhibit A** with the date of service endorsed thereon by me, to: **Keneisha Gross, Corporation Service Company** as Authorized Agent at the address of: 211 East 7th Street, Suite 620, Austin, Travis County, TX 78701 on behalf of **Healthcare Revenue Recovery Group d/b/a ARS Account Resolution Service, LLC**, and informed said person of the contents therein, in compliance with state statutes.

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on April 5th, 2022 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 5th day of April, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

Mike Techow
PSC-1215, Exp. 7/31/2022

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2022002894
Ref: Christina Richardson v. Healthcare, et al

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

|  |  |
|---|---|
| Christina Richardson <br> *Plaintiff(s)* <br> v. <br> Healthcare Revenue Recovery Group d/b/a ARS Account Resolution Service, LLC <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  6:22-cv-109 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Healthcare Revenue Recovery Group d/b/a ARS Account Resolution Service, LLC
Registered Agent - CORPORATION SERVICE COMPANY DBA CSC - LAWYERS INC
211 E. 7TH STREET
SUITE 620
AUSTIN, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Samantha J. Orlowski
Halvorsen Klote LLC
680 Craig Road, Suite 104
St. Louis, MO 63141
P: (314) 451-1314
E: sam@hklawstl.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  3/29/22

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                              _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc: